# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JUDITH JONES  
4003 LATHAM STREET  
ROCKFORD, IL  61103  

SSN-xxx-xx-6666

Case Number: 06-70062

Case filed on: 1/19/2006  
Plan Confirmed on: 5/12/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,284.92          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
| | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | JUDITH JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ASPIRE VISA | 721.30 | 721.30 | 35.20 | 0.00 |
| 003 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BAKER, MILLER, MARKOFF & KRASNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | JEFFERSON CAPITAL SYSTEMS, LLC | 577.03 | 577.03 | 28.16 | 0.00 |
| 007 | CLETHA PIPKIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDIT ACCEPTANCE CORPORATION | 9,521.53 | 9,521.53 | 464.61 | 0.00 |
| 011 | CRUSADER CLINIC | 102.00 | 102.00 | 4.98 | 0.00 |
| 012 | SWEDISH AMERICAN HOSPITAL | 650.17 | 650.17 | 31.73 | 0.00 |
| 013 | DISCOVER CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FRIEND FAMILY HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINOIS DEPART. OF HUMAN SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ILLINOIS TITLE LOANS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MARSHALL FIELD | 1,217.19 | 1,217.19 | 59.39 | 0.00 |
| 018 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NCO FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS | 3,478.85 | 3,478.85 | 169.75 | 0.00 |
| 021 | RISK MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SAGE TELECOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SOUTHWEST CREDIT SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | UNIQUE NATIONAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD MERCANTILE AGENCY INC | 66.75 | 66.75 | 3.25 | 0.00 |
| | Total Unsecured | 16,334.82 | 16,334.82 | 797.07 | 0.00 |
| | Grand Total: | 17,676.57 | 17,676.57 | 2,138.82 | 0.00 |

Total Paid Claimant:     $2,138.82  
Trustee Allowance:       $146.10  
Percent Paid Unsecured:    4.88  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008          By  /s/Heather M. Fagan